[No. 32920-1-I.    Division One.    January 30, 1995.]

CHRIS PALLIS, *Respondent*, v. ROGER SHAFFER, ET AL, *Respondents*.

JOHN E.Z. CANER, ET AL, *Appellants*, v. ROGER SHAFFER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 89-2-00368-1, Joan H. McPherson, J., entered June 7, 1993. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Pekelis, C.J., and Webster, J.

[No. 33428-0-I.    Division One.    January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. A.J.C., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-8-00468-9, Martha Gross, J. Pro Tem., entered September 16, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33196-5-I.    Division One.    January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ANDREW SORTLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02662-1, Robert S. Lasnik, J., entered August 10, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Kennedy, JJ.

[No. 14215-9-III.    Division Three.    January 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN L. DEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 92-1-50250-9, Carolyn A. Brown, J., entered Feb-